# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jerome David Morrow, | Civil No. 10-587 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Benton County Sheriff Office (Jail), | |
| Defendant. | |

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: March 3, 2010

                                              s/Richard H. Kyle  
                                              RICHARD H. KYLE  
                                              United States District Judge